UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-61637-CIV-MORENO
(18-60058-CR-MORENO)

LENDEN PENDERGRASS,

      Plainitff,

vs.

UNITED STATES OF AMERICA,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, filed on **July 1, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 75)** on **September 15, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

ADJUDGED that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

ADJUDGED that Motion to Vacate is DENIED for the reasons stated in the Report and Recommendation. It is further

ADJUDGED that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of November 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Bruce E. Reinhart

Counsel of Record